**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
Zev B. Zysman (SBN 176805)
15760 Ventura Boulevard, 16th Floor
Encino, CA 91436
Telephone:   (818) 783-8836
Facsimile:   (818) 783-9985
E-mail:   *zev@zysmanlawca.com*

Attorneys for Plaintiff Cara Shapiro

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA SHAPIRO, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LE CREUSET OF AMERICA, INC., SCHILLER STORES, INC., a Delaware Corporation, and DOES 2 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:16-cv-05408 GW (ASx)<br><br>**NOTICE OF SETTLEMENT** |

1  **TO ALL PARTIES AND THE COURT:**

2      In accordance with Local Rule 16-15.7, Plaintiff Cara Shapiro hereby submits this Notice of Settlement to inform the Court that the Parties have reached a settlement in principle and are in the process of memorializing the settlement. The Parties anticipate that execution of the settlement agreement, including the filing of the dismissal, will be completed within the next fourteen days.

    The Parties therefore request that all dates, pleading/motion deadlines, and hearings presently scheduled be vacated.

Dated: July 27, 2017                    LAW OFFICES OF ZEV B. ZYSMAN
                                              A Professional Corporation

                                      By:  /s/ Zev B. Zysman
                                              ZEV B. ZYSMAN
                                              Attorneys for Plaintiff