# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-5408 GW (ASx) | Date | August 16, 2017 |
| Title | *Cara Shapiro v. Le Creuset of America, Inc., et al.* | | |

| | | | |
|---|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiffs:　　　Attorneys Present for Defendants:

None Present　　　　　　　　　　　None Present

**PROCEEDINGS (IN CHAMBERS):　　ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 27, 2017, Plaintiff Cara Shapiro filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for September 18, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on September 15, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　Initials of Preparer　　JG