**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
Zev B. Zysman (SBN 176805)
15760 Ventura Boulevard, 16th Floor
Encino, CA 91436
Telephone: (818) 783-8836
Facsimile: (818) 783-9985
E-mail: *zev@zysmanlawca.com*

Attorneys for Plaintiff Cara Shapiro

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA SHAPIRO, on behalf of herself and all others similarly situated, | CASE NO: 2:16-cv-05408 GW (ASx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| LE CREUSET OF AMERICA, INC., SCHILLER STORES, INC., a Delaware Corporation, and DOES 2 through 100, inclusive, | |
| Defendants. | |

Case No. 2:16-cv-05408 GW (ASx)

STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Cara Shapiro and Defendants Le Creuset of America, Inc. and Schiller Stores Inc., by and through their respective counsel, hereby stipulate and agree that this action is dismissed with prejudice as to the claims of the Plaintiff.

Dated:  August 23, 2017   LAW OFFICES OF ZEV B. ZYSMAN
A Professional Corporation


By: /s/ Zev B. Zysman
   ZEV B. ZYSMAN
   Attorneys for Plaintiff
   CARA SHAPIRO


Dated:  August 23, 2017   ANDREWS KURTH LLP


By: /s/ Joseph A. Patella
   JOSEPH A. PATELLA
   Attorneys for Defendants
   LE CREUSET OF AMERICA, INC.,
   SCHILLER STORES, INC

STIPULATION FOR DISMISSAL