UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA SHAPIRO, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LE CREUSET OF AMERICA, INC., SCHILLER STORES, INC., a Delaware Corporation, and DOES 2 through 100, inclusive,<br><br>Defendants. | Case No. CV 16-5408-GW(ASx)<br><br>[Assigned to Hon. George H. Wu]<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has read and considered the Parties' Stipulation pursuant to |
| 3 | Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). |
| 4 | **GOOD CAUSE APPEARING**, it is ordered that this action is dismissed |
| 5 | with prejudice as to the claims of the Plaintiff. |
| 7 | **IT IS SO ORDERED.** |
| 9 | Dated: August 24, 2017 |

GEORGE H. WU, U.S. DISTRICT JUDGE